# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BINH TRAN,<br><br>　　　　Defendant | Case No.: 2:18-cr-00373-JCM-CWH<br><br>**ORDER DIRECTING CORE CIVIC TO ALLOW INVESTIGATORS CONTACT VISITATION** |

IT IS HEREBY ORDERED:

That CoreCivic allow Interpreter Jimmy Tong Nguyen, Investigator Andrew Renshaw, and Computer Technician Brian Glynn to have contact visitation.

Dated this 12th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE