Yao Wen, Esq.
Nevada Bar: 14299
WENDOT LAW GROUP
Tel: (702) 520-8888
ywen@wendotlaw.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | Case# 2:18CR00373-JCM-DJA-2 |
| vs. | |
| JUN GAO | |
| Defendant(s). | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING ON JAN 20, 2023

IT IS HEREBY STIPULATED AND AGREED by and between Yao Wen, ESQ., of Wendot Law Group, as counsel for Defendant and Edward Veronda, ESQ., of U.S. Attorney's Office as counsel for United States of America as follow:

1. The hearing, currently set for Jan 20, 2023 at 10:30 AM., is requested to be continued to a date after 120 days based upon the Court's availability.

2. The reason for continuing the hearing date is due to Defendant Counsel's conflict of calendar and business trip out of country.

3. Defendant Gao consents to the continuance and that it is not for purpose of delay; and the continuance is in the interest of justice.

AGREED TO BY:

___/s/ yao wen_____         ___/s/ Edward Veronda_____

Yao Wen, Esq.
Nevada Bar No: 14299 WENDOT LAW GROUP
Tel: (702) 520-8888
ywen@wendotlaw.com Attorney for Defendant

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Edward.G.Veronda@usdoj.gov
Attorneys for the United States

1

## ORDER

Based upon the parties' stipulation and for good cause appearing, the Court will continue the hearing on Jan 20, 2023 to **May 24, 2023, at 10:00 a.m.**

IT IS SO ORDERED.

DATED December 12, 2022.

DATED: _____

UNITED STATES DISTRICT JUDGE

_/s/ James C. Mahan_

Respectfully submitted by:

WENDOT LAW GROUP

___/S/ yao wen_____
Yao Wen, Esq.
Nevada Bar No: 14299
WENDOT LAW GROUP
Tel: (702) 520-8888
ywen@wendotlaw.com
Attorney for Defendant